UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DUSTY HOWARD,<br><br>   Plaintiff,<br><br>   v.<br><br>OPTION CARE, INC., a regular corporation licensed to conduct business in the State of Washington, LEANNE HUGHES, and JOHN DOE HUGHES, a married couple and the marital community thereof,<br><br>   Defendant. | NO. CV-05-5105-RHW<br><br>**ORDER GRANTING PARTIES' STIPULATION FOR DISMISSAL OF CLAIMS WITH PREJUDICE** |

Before the Court is the parties' Stipulation of Parties for Dismissal of Claims with Prejudice (Ct. Rec. 34). The motion was heard without oral argument.

The parties stipulate to a complete dismissal of all claims brought by Plaintiff against the Defendants in the above-captioned matter with prejudice and without any award of attorney's fees or costs to any party.

Accordingly, **IT IS HEREBY ORDERED:**

   1.   The parties' Stipulation of Parties for Dismissal of Claims (Ct. Rec. 34) is **GRANTED**.

   2.   All of the claims brought by Plaintiff against the Defendants in the above-captioned case are **DISMISSED, with prejudice and without costs or fees to any party.**

**ORDER GRANTING PARTIES' STIPULATION FOR DISMISSAL OF CLAIMS WITH PREJUDICE ~ 1**

1 **IT IS SO ORDERED.** The District Court Executive is directed to enter this
2 Order, provide copies to counsel, and close the file.
3 **DATED** this 2nd day of November, 2006.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Court

Q:\CIVIL\2005\Howard\dismiss.wpd

**ORDER GRANTING PARTIES' STIPULATION FOR DISMISSAL OF CLAIMS WITH PREJUDICE ~ 2**